# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America <br> v. <br> DARRIN MARSHALL SKINNER <br> [DOB: 08/28/1974] <br><br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. 24-mj-03005-WJE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **unknown date to December 18, 2023** in the county of **Camden** in the **Western** District of **Missouri**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 | Title 18, United States Code, § 2252(a)(2), distribution of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*P.D.Sublette*
Complainant's signature

MSgt. Patrick Sublette, Missouri State Highway Patrol
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 05/08/2024

*Sarah W. Hays*
Judge's signature

City and state: Jefferson City, Missouri

Sarah W. Hays, United States Magistrate Judge
*Printed name and title*